PER CURIAM:

The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction and sentence of the appellant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 444 F.2d 1190 (5th Cir. 1971). The mandate of this Court will issue forthwith.

Reversed and remanded, with directions.

Allen Kornblum, Miami, Fla., Stanley D. Caidin, Caidin, Rothenberg, Kogan & Kornblum, North Miami Beach, Fla., for appellant.

Robert L. Floyd, L. Edward McClellan, Jr., Miami, Fla., Harrison & Kornbluh, Frates, Floyd, Pearson & Stewart, Miami, Fla., for appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

In the Matter of PIONEER BOOK PUB-
LISHERS, INC., Bankrupt.

John NICHOLAS, Trustee, Appellant,

v.

PUBLISHERS COLLECTION SERVICE,
INC., etc., the Miami National Bank,
etc., Appellee.

No. 71-1639

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 7, 1971.

Rehearing Denied Oct. 1, 1971.

Francis R. PECK, Appellee,

v.

UNITED STATES STEEL CORPORA-
TION, Appellant.

No. 20468.

United States Court of Appeals,
Eighth Circuit.

Aug. 19, 1971.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.